UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. LARRY ALAN BURNS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR1607-LAB |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO PERMIT ACCESS TO EVIDENCE** |
| JOSE BARRAZA-LOPEZ, | ) | |
| Defendant. | ) | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that defense counsel and/or their investigators be granted access to the alleged contraband for the purposes of investigation, including inspection, photographing, and re-weighing it until *August 31, 2007.*

**SO ORDERED.**

DATED: August 15, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge