UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE BARRAZA-LOPEZ,<br><br>    Defendant. | Criminal No. 07CR1607-LAB<br><br>**SECOND ORDER WITH AUTHORIZING RE-WEIGHING OF ALLEGED CONTRABAND** |

On August 15, 2007, this Court signed an order authorizing defense counsel and/or their investigators to have access to the alleged contraband seized in this case, and that order included authorization for weighing the alleged contraband, to be done no later than August 31, 2007. The Court's clerk has been advised by defense counsel that investigators from Federal Defenders attempted to weigh the alleged contraband on August 21, 2007, but were prevented by government agents from separating the packaging from the alleged contraband for that purpose. The Court hereby orders that defense representatives be given the opportunity to weigh the alleged contraband without the packaging, to arrive at a net weight for the alleged contraband.

    **IT IS SO ORDERED.**

DATED: August 22, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge